UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES ELLIOT,

    Plaintiff,

    v.

MONROE CORRECTIONAL COMPLEX,

    Defendant.

Case No. C06-474RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On August 25, 2006, defendant Monroe Correctional Complex ("Monroe") filed a motion with related documents that, taken as a whole, exceeds 50 pages in length (Dkt. # 16). As of this date, a courtesy copy of these documents has not been provided for chambers.

Monroe is hereby ORDERED to show cause within five days of this order why it should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 4) and "Minute Order Setting Trial & Related Dates" (Dkt. # 15). Monroe shall immediately deliver a paper copy of the documents filed on August 25, 2006, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for September 11, 2006.

DATED this 30th day of August, 2006.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE