UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES ELLIOTT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MONROE CORRECTIONAL COMPLEX,<br><br>　　　　　　Defendant. | Case No. C06-474RSL<br><br>ORDER VACATING ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On August 25, 2006, defendant Monroe Correctional Complex ("Monroe") filed a motion with related documents that, taken as a whole, exceeded 50 pages in length (Dkt. # 16). On August 30, 2006, this Court issued an order to show cause, (Dkt. # 17), why Monroe should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 4) and "Minute Order Setting Trial & Related Dates" (Dkt. # 15). Monroe subsequently delivered a courtesy copy of the electronic filings, and submitted a response (Dkt. # 19). Upon review of these materials, the order to show cause is VACATED.

DATED this 15th day of September, 2006.

　　　　　　　　　　　／s／ Robert S. Lasnik
　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　United States District Judge

ORDER VACATING ORDER
TO SHOW CAUSE